| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>ABDELAZIZ DOURAID,<br><br>　　　　　　　　　Defendant. | Case No. 2:01-mj-02222-PAL<br><br>ORDER<br><br>(Mot Dismiss – ECF No. 3) |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

Before the court is the government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A) (ECF No. 3). Although styled and docketed as a motion to dismiss an indictment it is actually a motion to dismiss a criminal complaint and warrant. I issued charging Douraid with International Parental Kidnapping.

The government represent that on August 14, 2016 it received information from Interpol s that defendant died on May 9, 2016.

For good cause shown,

**IT IS ORDERED** that the government's Motion to Dismiss (ECF No. 3) is **GRANTED**.

DATED this 15th day of November 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE